In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-13-00576-CV
_____

**DAVID DIGMON AND EURA DIGMON, Appellants**

**V.**

**AMANDA BROOKE DIGMON, Appellee**

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause No. 53455**

**MEMORANDUM OPINION**

The appellants, David Digmon and Eura Digmon, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1).  No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DIMISSED.

1

_____
LEANNE JOHNSON
Justice


Opinion Delivered March 6, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.